UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE DURKEE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No. 14-cv-00617-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Phyllis J. Hamilton for consideration of whether the case is related to Case No.13-5043.

**IT IS SO ORDERED.**

Dated: April 11, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge