UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

Date: May 21, 2014   (Time: 1 hour 2 minutes)         JUDGE:  Phyllis J. Hamilton

Case No:  C-13-5043  PJH

Case Name: Sansoe, et al. v. Ford Motor Company

Attorney(s) for Plaintiff:        Lawrence Gornick; Dennis Canty; Jeffrey Kaiser

Attorney(s) for Defendant:     Frank Kelly; Amir Nassihi; Kevin Underhill

**Deputy Clerk**:  Nichole Heuerman          **Court Reporter**: Raynee Mercado

PROCEEDINGS

Defendant's Motion to Strike-Held.  The court takes the matter under submission.

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc: chambers**